UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                              Case No. 14-24460-JKO

Fawzy A. Khalil,                                    Chapter 7

     Debtor.

_____/

**MOTION TO VALUE AND DETERMINE SECURED
STATUS OF IPS MORTGAGE'S LIEN ON REAL PROPERTY**

**IMPORTANT NOTICE TO
CREDITORS:
THIS IS A MOTION TO VALUE YOUR
COLLATERAL**

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**IPS Mortgage**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

    1.    On June 25, 2014, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. (ECF #1).

    2.    On January 13, 2015, the Debtor's case was converted to a Chapter 7 bankruptcy. (ECF # 47).

    3.    Kenneth A. Welt was duly appointed Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Trustee").

    4.    The Trustee believes that it is necessary and in the best interests of the unsecured creditor body and the estate to determine the value of the property described herein.

5.      Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the Trustee seeks to value real property purporting to secure the claims of: <u>    Ips Mortgage  </u> (the "Lender").  Lender holds a mortgage recorded at OR Book <u>44367</u> Page <u>925 </u> in the official records of <u>Broward        </u> County, Florida.

2.      The real property is located at <u>1217 Seabreeze Boulevard, Fort Lauderdale, Florida 33316</u>, and is more particularly described as follows:

> Lot 3, Block 3, of Harbor Beach, Unit One, according to the Plan thereof, recorded in Plan Book 19, Page 6, of the Public Records of Broward County, Florida, less the portion taken pursuant to Order of Taking by Division of Administration, State of Florida, Department of Transportation, dated February 21, 1980 and recorded March 11, 1980 in Official Records Book 8777, Page 489, of the Public Records of Broward County, Florida.

3.      At the time of the filing of this case, the value of the real property is $530,000 as determined by the open market after reasonable market testing. Attached hereto as **Exhibit "A"** is an affidavit of Jorge Brandt regarding the value of the subject property and a contract for sale of the subject property at the valued amount.

4.      <u>Wells Fargo Bank, N.A.                </u> hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of <u>$ 835,749.18</u>.

5.      *(Select only one):*

    <u>   </u>    Lender's collateral consists solely of the debtor's principal residence.  As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

    <u> X </u>    Lender's collateral is not solely the debtor's principal residence.  After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ <u>0</u> remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ <u>0</u> and the value of the Lender's unsecured, deficiency claim is $ <u>843,750.00</u>.

6.      The undersigned reviewed the docket and claims register and states (select only one):

    <u> X </u>    Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

or

    <u>   </u>    Lender filed a proof of claim in this case.  It shall be classified as a secured

      claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7.      The subject real property may not be sold or refinanced without proper notice and further order of the court.

      **WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 7 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1.      In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2.      The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted April 14, 2015 by:**

      MESSANA, P.A.
      *Counsel for Trustee*
      Post Office Drawer 2485
      Fort Lauderdale, Florida. 33303
      Office (954) 712-7400
      Facsimile: (954) 712-7401
      e-mail: tmessana@messana-law.com

      By: /s/ Thomas M. Messana
           Thomas M. Messana, Esq.
           Florida Bar No. 991422
           Brett D. Lieberman, Esq.
           Florida Bar No. 69583
           Thomas G. Zeichman, Esq.
           Florida Bar No. 99239

Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                    Case No. 14-24460-JKO

Fawzy A. Khalil,                                          Chapter 7

    Debtor.
_____/

### DECLARATION OF JORGE ALBERTO BRANDT

I, Jorge Alberto Brandt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, Jorge Alberto Brandt, am over the age of 18 and competent to testify.

2. I am a real estate agent in good standing licensed in the State of Florida since 1986.

3. I am familiar with the real property located at 1217 Seabreeze Boulevard, Fort Lauderdale, Florida 33316 (the "Real Property").

4. I was engaged by the Debtor, Fawzy A. Khalil, as the listing agent for the Real Property.

5. On September 9, 2014 I listed the Real Property on the Multiple Listing Service (the "MLS").

6. As the listing agent, I marketed the property to achieve the best possible price for the Real Property.

7. As the listing agent, I conducted approximately 12-15 showings of the Real Property for multiple potential purchasers.

8. I have reviewed comparable properties, including a recent sale of comparable property approximately one block away (also on Seabreeze Boulevard),[1] sold for approximately $464,800.00 in December of 2014.

9. Since being vacant, the Real Property has not been adequately maintained (including the theft of its outside air conditioner unit), it is within 100 yards of a public parking lot and on at least one occasion I have been called by the police department to help a resolve a situation involving squatters. The Real Property will require additional investment of any buyer who seeks to make it habitable.

---

[1] 1316 Seabreeze Blvd., fort Lauderdale, Florida 33316.

10. During the marketing process, I received two other offers to purchase the Real Property. Both offers were less than $530,000. The first of these offers was withdrawn after the inspection and the second offer was rejected by the secured creditor for failing to provide adequate proof of funds.

11. The proposed buyer is Broward Sales and Rentals, LLC which is 100% owned and controlled by my mother, Mercedes Brandt.

12. The proposed buyer's offer exceeds all other offers I received during the marketing process and is for fair market value.

13. Based on my experience as a licensed realtor, including an analysis of comparable properties in the same locale[2] and on current market conditions, the proposed sale of the Real Property for $530,000.00 is for fair market value.

14. ~~Based on my experiences and analysis, the Real Property's fair market value is at or below $530,000.00.~~ When I took the listing in July 2014 there was a sale that had just closed for $505,000 (1545 Seabreeze Blvd). On December 2014 1316 Seabreeze Blvd closed for $454,874. Both properties were in need of repairs and/or improvements.

I declare under penalty of perjury that the forgoing is true and correct.

Other listings that were updated some with pools or in a better street (more private) sold for more money

Dated: April 4/8/2015 2015

_____
Jorge A. Brandt, Coral Shores Realty

and bigger lot

(see attached)

---

[2] Attached hereto as exhibit "1" are records reflecting sales of similarly situated comparable properties.

2

## A Property for Your Consideration . . .

Presented by: Jorge Brandt
Coral Shores Realty Inc
geobrandt1@aol.com

Office Phone: 954-568-9698

**Fort Lauderdale**  1316 SEABREEZE BL  ↓ $ 479,750

REF #: A1967518  Sale Price: $ 454,874  CD: 12/04/2014  DOM: 160
Status: Closed Sale
Subdivision:
¤HARBOR BEACH
Bedrooms: 3
Full Baths: 2
Half Baths: 0
SqFt Liv Area: 1,955
Year Built: 1955, Resale
Faces: West
Garage: 2
Carport: 0






Waterfront Frontage:
Waterfront: N
Cooling: Central Cooling

BANK OWNED PROPERTY SOLD AS IS WITHOUT REPAIR OR WARRANTY. LISTING AGENT HAS NO KNOWLEDGE OF PROPERTY HISTORY, NO DISCLOSURES OR ASSOCIATION DOCS SUPPLIED. BUYER/BUYER'S AGENT IS RESPONSIBLE FOR VERIFYING HOA FEES, IF ANY, COMMUNITY RULES, SQ FT, LOT SIZE, ROOM DIMENSIONS AND TAXES. AT CLOSING, IT IS SUBJECT TO A WEB TECH FEE AND MAY ALSO BE SUBJECT TO A BUYER'S PREMIUM. SELLER WILL NOT ALLOW WATER TO BE ACTIVATED FOR ANY REASON.



Bedroom Description:
At Least 1 Bedroom Ground Level

Master Bathroom:



Interior Features:
First Floor Entry/ Split Bedroom

Exterior Features:
Fence/ Patio

Lot Description:
1/4 To Less Than 1/2 Acre Lot




Directions: HEAD NORTH ON S OCEAN DR TOWARD HARBOR BEACH PKWY, TURN LEFT ONTO HARBOR BEACH PKWY, TURN RIGHT ONTO SEABREEZE BLVD. DESTINATION WILL BE ON THE RIGHT.

Type of Assoc./ Fee: N
DAV/SOH$:  ¤$ 221,680
DMV/ASV$:  ¤$ 221,680

Tax Amount$: ¤$ 3,872  Tax Year: 2013

*Handwritten notes:*
- 14,196 sq ft lot
- 4 bedrooms
- 3 baths
- 2 car garage
- 2668 sq ft living area
- 3235 total sq ft



**LORI PARRISH BROWARD COUNTY PROPERTY APPRAISER**

| | |
|---|---|
| Site Address | 1535 SEABREEZE BOULEVARD, FORT LAUDERDALE |
| Property Owner | CONVAGE CORP |
| Mailing Address | 12206 NW 48 DR CORAL SPRINGS FL 33076 |
| ID# | 5042 13 03 0300 |
| Millage | 0312 |
| Use | 01 |
| Abbreviated Legal Description | HARBOR BEACH UNIT 2 21-18 B LOT 21 BLK 7 |

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $283,920 | $361,300 | $645,220 | $645,220 | |
| 2014 | $283,920 | $361,300 | $645,220 | $592,790 | $12,457.06 |
| 2013 | $425,880 | $113,020 | $538,900 | $538,900 | $11,120.69 |

IMPORTANT: The 2015 values currently shown are "roll over" values from 2014. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2015, to see the actual proposed 2015 assessments and portability values.

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $645,220 | $645,220 | $645,220 | $645,220 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $645,220 | $645,220 | $645,220 | $645,220 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $645,220 | $645,220 | $645,220 | $645,220 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 6/27/2014 | WD-D | $505,000 | 112397906 |
| 8/1/1982 | WD | $150,000 | 10387 / 73 |
| 11/1/1981 | QCD | $100 | |
| 4/1/1981 | WD | $135,000 | |

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $20.00 | 14,196 | SF |

| | |
|---|---|
| Adj. Bldg. S.F. (Card, Sketch) | 2926 |
| Units | 1 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 03 | | | | | | | | |
| R | | | | | | | | |
| 1 | | | | | | | | |

## A Property for Your Consideration . . .

Presented by: Jorge Brandt
Coral Shores Realty Inc
geobrandt1@aol.com

Office Phone: 954-568-9698

**Fort Lauderdale**     **1635 SEABREEZE BL**     **$ 699,900**

REF #: F1287548     Sale Price: $ 667,000     CD: 09/15/2014     DOM: 110

**Status:** Closed Sale

**Subdivision:** HARBOR BEACH

**Bedrooms:** 3
**Full Baths:** 2
**Half Baths:** 0
**SqFt Liv Area:** 1,794
**Year Built:** 1953 Resale
**Faces:** East
**Garage:** 2
**Carport:** 0
**Waterfront Frontage:** 0
**Waterfront:** N/Other Waterfront
**Cooling:** Central Cooling/Electric Cooling







TUCKED AWAY IN A TROPICAL PARADISE, THIS HARBOR BEACH HOME IS A NATURALIST DREAM! ARCHITECTURALLY DESIGNED TO BRING THE OUTSIDE IN WITH OPEN PATIO AREAS & FLORIDA BREEZES PROVIDING AN EASY FLOW FOR ENTERTAINING. TASTEFULLY UPDATED KITCHEN WITH GRANITE COUNTER TOPS & STAINLESS STEEL APPLIANCES. NATURAL CUT CORAL DOUBLE-SIDED FIREPLACE, AND IMPACT FRENCH DOORS OVERLOOKS A PARK LIKE SETTING BACKYARD OF SPECIMEN EXOTIC TREES & PLANTS. NEWER A/C & ROOF. SURF CLUB & MARINA MEMBERSHIP AVAILABLE WITH DOCKAGE.

**Bedroom Description:**
At Least 1 Bedroom Ground Level/ Entry Level/ Other

**Master Bathroom:**
Combination Tub & Shower

**Interior Features:**
Other/ Walk-In Closets/ Fireplace/ Foyer Entry/ French Doors

**Exterior Features:**
Outdoor Shower/ Patio/ Hurricane Shutters

**Lot Description:**
Less Than 1/4 Acre Lot/ East Of Us 1

**Directions:** A1A/SEABREEZE BLVD TO 1635




**Type of Assoc./ Fee:** / $ 75 / Y
**DAV/SOH$:**
**DMV/ASV$:**

**Tax Amount$:** $ 4,949     **Tax Year:** 2013

Courtesy Of: HWP Realty Inc
(c) 2015 Miami, SSEF - INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED

04/06/15     10:52 AM

A Property for Your Consideration...

Presented by: Jorge Brandt
Coral Shores Realty Inc
geobrandt1@aol.com

Office Phone: 954-568-9698

| Fort Lauderdale | 1917 SE 22 AVE | $ 695,000 |

REF #: F1322160
Sale Price: $ 635,000   CD: 02/24/2015   DOM: 36

Status: Closed Sale
Subdivision: HARBOUR HEIGHTS ADD
Bedrooms: 3
Full Baths: 2
Half Baths: 0
SqFt Liv Area: 2,980
Year Built: 1965/Resale
Faces: South
Garage: 2
Carport: 0

Waterfront Frontage:
Waterfront: N
Cooling: Central Cooling

Quiet Street in Desired Harbor Heights on Barrier Island within Walking Distance to Widest Beach in Town. Large, Fenced Backyard with Pool and Lush Landscaping. Master Bedroom is Enormous, with Doors to Backyard and Pool, Tub with Separate Shower & Bidet. Spacious Great Room with Doors to Patio & Backyard. Tool Room & Laundry in Separate Rooms in Garage. Don't Miss this Fabulous Buy in Prestigious, Family, Neighborhood

Bedroom Description:
Master Bedroom Ground Level

Master Bathroom:

Interior Features:
Built-Ins/ Split Bedroom

Exterior Features:
Patio

Lot Description:
Less Than 1/4 Acre Lot

Directions: EAST ON 17TH ST. FIRST RIGHT AT BOTTOM OF BRIDGE. RIGHT ON 22ND AVE.

Type of Assoc./ Fee:
DAV/SOH$:  $ 501,620
DMV/ASV$:  $ 501,620

Tax Amount$: $ 10,245   Tax Year: 2014











Courtesy Of: Lago Mar Realty Inc
*(c) 2015  Miami, SBBR -- INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED*    04/06/15   10:52 AM


A Property for Your Consideration . . .

Presented by: Jorge Brandt
Coral Shores Realty Inc
geobrandt1@aol.com

Office Phone: 954-568-9698

| Fort Lauderdale | 2200 SE 19 ST | $ 648,500 |
|---|---|---|

REF #: F1319247  Sale Price: $ 610,000   CD: 03/02/2015   DOM: 62

**Status:** Closed Sal

**Subdivision:**
¤HARBOUR HEIGHTS ADD

**Bedrooms:** 3
**Full Baths:** 2
**Half Baths:** 0
**SqFt Liv Area:** 1,666
**Year Built:** ¤1957/Resale
**Faces:** North
**Garage:** 0
**Carport:** 2










**Waterfront Frontage:**
**Waterfront:** N
**Cooling:** Central Cooling

CHARMING UPDATED 3 BEDROOM 2 BATHROOM CORNER LOT HOME IN ONE OF THE BEST NEIGHBORHOODS IN FT. LAUDERDALE, HARBOR INLET. 10 MINUTE WALK TO THE WIDE BEACH OR THE PORT TO WATCH THE SHIPS SAIL BY. FRESHLY REMODELED INTERIOR FEATURES SPLIT FLOORPAN, WOOD & MARBLE FLOORING,AND BRAND NEW TOP OF THE LINE A/C SYSTEM.EXTERIOR FEATURES PRIVATE PATIO TO SIT & RELAX, ALL NEW IMPACT DOORS & WINDOWS, NEW FLAT TILE ROOF AND NEW PAVER DRIVEWAY.COME SEE THIS ONE OF A KIND HOME!

**Bedroom Description:**
Master Bedroom Ground Level

**Master Bathroom:**
Shower Only

**Interior Features:**
Built-Ins/ Split Bedroom/ Closet Cabinetry

**Exterior Features:**
Open Porch/ Patio




**Lot Description:**
Corner Lot

Directions: SE 17TH ST. EAST FROM US1 TO SE 23RD AVE. RIGHT TURN, GO THROUGH GATE, STRAIGHT FORWARD THRU ROUNDABOUT TO MANTEE DRIVE (19TH ST.) RIGHT TURN TO PROPERTY ON LEFT HAND SIDE.

**Type of Assoc./ Fee:**
DAV/SOH$: ¤$ 465,740
DMV/ASV$: ¤$ 465,740

**Tax Amount$:** ¤$ 9,529   **Tax Year:** ¤2014

Courtesy Of: Charles Rutenberg Realty LLC
*(c) 2015 Miami SBBR -- INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED*       04/06/15   10:52 AM